UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: WILLIAM ANTHONY MARQUEZ ) Case No. 20-10691-jps
) Chapter 13 Proceedings
Debtor(s) ) Judge Jessica E. Price Smith

## CHAPTER 13 TRUSTEE'S MOTION FOR EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

Now comes LAUREN A. HELBLING, the duly appointed and qualified Standing Chapter 13 Trustee herein ("Trustee"), hereby moves this Honorable Court to issue an Order requiring the Debtor ("Debtor") to appear for examination pursuant to Bankruptcy Rule 2004. In support of her motion, the Trustee makes the following representations to the Court:

1. Trustee sent correspondence to Debtor and counsel for Debtor on February 7, 2022 asking if Debtor was still obligated to pay alimony and if Debtor's TESP loan was paid in full. Trustee also requested a copy of Debtor's last pay advice(s) for 2021 and his 2021 W-2 income statement.

2. To date, there has been no response to the letter and the requested information has not been received.

3. Debtor is requested to provide the following documents to the Trustee:
   - Verification if Debtor is still obligated to pay alimony;
   - Verification if Debtor is still paying the TESP loan;
   - Copies of pay advices for the last 60 days for Debtor;
   - Copy of Debtor's 2021 Federal tax return including all schedules and w-2 and/or 1099 income statements used to prepare the tax return;
   - Completed declaration of income form;

WHEREFORE your Trustee, being a proper party in interest, hereby moves this Honorable Court to grant her motion and order Debtor to appear on Wednesday, **April 27, 2022 at 2:00 p.m.** for a telephonic examination for the reasons cited and to require that Debtor provide said documents to the Trustee on or before **Thursday, April 21, 2022** for review by Trustee prior to the exam.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on March 24, 2022, a true and correct copy of the Trustee's Motion for Examination Pursuant to Bankruptcy Rule 2004 was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    WILLIAM J. BALENA, on behalf of the Debtor(s), WILLIAM ANTHONY MARQUEZ, at docket@ohbksource.com

And by regular U.S. Mail, postage prepaid, on:

    WILLIAM ANTHONY MARQUEZ, Debtor, at 2906 GOBLE DRIVE, LORAIN, OH 44055

    /S/ Lauren A. Helbling
    LAUREN A. HELBLING (#0038934)
    Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    ch13trustee@ch13cleve.com