**IT IS SO ORDERED.**

Dated:  29 March, 2022 12:11 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | WILLIAM ANTHONY MARQUEZ | ) Case No. 20-10691-jps |
| | | ) Chapter 13 Proceedings |
| | Debtor(s) | ) Judge Jessica E. Price Smith |

### ORDER GRANTING CHAPTER 13 TRUSTEE'S MOTION FOR
### EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

Upon consideration of the Trustee's Motion for Examination pursuant to Bankruptcy Rule 2004, and for good cause shown:

**IT APPEARS** to the Court that the Trustee's Motion for examination pursuant to Bankruptcy Rule 2004 is well taken and will be granted.

**IT IS ORDERED** that, pursuant to the Trustee's Motion, WILLIAM ANTHONY MARQUEZ, will appear for examination pursuant to Bankruptcy Rule 2004 at the following time and place:

**Wednesday, April 27, 2022, at 2:00 p.m.**
Via Telephonic Conference Call

**IT IS FURTHER ORDERED** that the Debtor, WILLIAM ANTHONY MARQUEZ, is required to provide to the Trustee by **Thursday**, **April 21, 2022** all the documents and records as listed and requested in the Trustee's motion for examination.  Failure to comply with this Order and appear for the telephonic examination is cause for dismissal of this case.  Submission to the Trustee of the documents requested will not excuse the Debtor and counsel from appearing for the telephonic examination at the designated date and time.

Submitted by:
/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)

Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268
Fax (216) 621-4806
Ch13trustee@ch13cleve.com

### SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

WILLIAM J. BALENA, Attorney for Debtor
docket@ohbksource.com
(served via ECF)

WILLIAM ANTHONY MARQUEZ, Debtor
2906 GOBLE DRIVE
LORAIN, OH 44055

###